In the Matter of ELIZABETH GRAHAM, Deceased, Executrix, etc., of GEORGE GRAHAM, Deceased.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LAZARE KLEIN COMPANY v. M. E. JORDAN, INC., and Others in the Alternative.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADOLPH H. LANDLEY v. FRANCIS FISCHER and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAURICE LAMBERT v. GEORGE SIEGALL and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BESSIE E. ARNOLD v. RAY H. ARNOLD.— Motion denied and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADAMS GREASE GUN CORPORATION v. AFCO PRODUCTS COMPANY.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

UNITED STATES TRUCKING CORPORATION v. ALBERT GROSS, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of DAVID BATT, an Attorney.— Reference ordered to Hon. Nathan L. Miller, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of AARON M. BECKER, an Attorney.— Reference ordered to Hon. Charles S. Whitman, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of EVERETT W. BOVARD, an Attorney.— Reference ordered to Hon. Frank C. Laughlin, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of PHILIP CASHMAN, an Attorney.— Reference ordered to Chauncey B. Garver, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of CHARLES E. CHERRY, an Attorney.— Reference ordered to Hon. Frank C. Laughlin, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MORRIS COHEN, an Attorney.— Reference ordered to Millard H. Ellison, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MOSES COHEN, an Attorney.— Reference ordered to William W. Pellet, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of SAMUEL A. EICHNER, an Attorney.— Reference ordered to Hon. Frederick Spiegelberg, referee. Present — Dowling, P. J., Finch, McAvoy Martin and O'Malley, JJ.

In the Matter of ABRAHAM M. FISCH, an Attorney.— Reference ordered to Hon. Frank L. Polk, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of DAVID GLUCKSMAN, an Attorney.— Reference ordered to Seymour K. Fuller, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.